# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| **CHRISTOPHER SMITH** | : NO. 02-172-26 |
| | : |

## ORDER

**AND NOW**, this 3rd day of August 2022, upon consideration of Christopher Smith's *pro se* Sealed Amended 28 U.S.C. § 2255 Motion (ECF No. 2610); the Government's Sealed Response (ECF No. 2700); Smith's counseled Supplemental § 2255 Motion (ECF No. 2847); the Government's Response to the Supplement Motion (ECF No. 2874); and Smith's Reply Brief (ECF No. 2890), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendant's Motions (ECF Nos. 2610 and 2847) are **DENIED and DISMISSED**; and
2. There is no basis for the issuance of a certificate of appealability.

**BY THE COURT:**

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**