IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : **CRIMINAL NO. 02-172-26** <br> CHRISTOPHER SMITH : <br> : | |

# ORDER

AND NOW, this 25th day of November, 2025, upon consideration of Defendant Christopher Smith's Motion to Compel Discovery (ECF No. 3306), the Government's Motion to Stay Resentencing (ECF No. 3310), the responses in opposition, the oral argument heard on September 30, 2025 (ECF No. 3327), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED as follows:

1. The Government's Motion to Stay Resentencing is **GRANTED.** Resentencing is hereby **STAYED** pending the final resolution of Defendant's pending state post-conviction proceedings.

2. Defendant's Motion to Compel Discovery is **DENIED.**

3. The Parties shall promptly notify the Court when the state post-conviction proceedings have concluded. Within fourteen (14) days of such notice, the Court will schedule a status conference to set a resentencing date and address any remaining pre-sentencing matters.

BY THE COURT:

_____
HON. MIA R. PEREZ